NO. 07-05-0204-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

OCTOBER 26, 2005

______________________________

RONALD THOMAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 64
TH
 DISTRICT COURT OF HALE COUNTY;

NO. A15178-0310; HONORABLE ROBERT W. KINKAID, JR., JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

MEMORANDUM OPINION

Ronald Thomas brought this appeal from his conviction for possession of a controlled substance.  Based on a finding by the trial court that appellant no longer wishes to prosecute the appeal, we will dismiss.  

We previously ordered the appeal abated for a hearing,
 in accordance with Texas Rule of Appellate Procedure 38.8(b), to determine whether appellant desires to prosecute the appeal and, if so, whether he is indigent and entitled to appointed counsel.  
See Thomas v. State,
 No. 07-05-0204-CR, 2005 Tex.App. LEXIS 7933, (Tex.App.–Amarillo, no pet.)
  In conformity with our September 28, 2005 order, the trial court gave notice of a hearing, which was held on October 12, 2005.  Appellant appeared at the hearing.  The trial court found that appellant does not wish to proceed with this appeal.  

In accordance with the trial court’s finding and, without addressing the merits, we dismiss this appeal.  
Tex. R. App. P.
 38.8(b)(4), 43.2(f).  

Mackey K. Hancock

        Justice

Do not publish.